UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SMITH,

                Plaintiff,         Civil Action No. 18-10010
v.                                   Honorable Robert H. Cleland
                                         Magistrate Judge David R. Grand

CORIZON HEALTH
CORPORATION, *et al.*,

                Defendants.
_____/

## REPORT AND RECOMMENDATION TO DENY AS MOOT DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R . CIV. P. 12(b)(6) [12]

Before the Court is Defendant Corizon Health, Inc.'s[1] ("Corizon") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), which was filed on February 9, 2018. (Doc. #12).

On February 20, 2018, *pro se* Plaintiff John Smith, who is incarcerated at Chippewa Correctional Facility, filed a Motion to File an Amended Complaint. (Doc. #15). In that motion, Smith requested permission to file an amended complaint "[t]o make all the facts in the complaint clearer." (*Id.* at 1-2). Smith did not file a copy of his proposed amended complaint, and did not specify the additional facts he believes will make it "clearer" than his initial complaint. He asserted, however, that allowing him to file an amended complaint would not cause "undue prejudice or handicap[]" the defendants. (*Id.* at 1).

On February 23, 2018, the Court granted Smith's motion, giving deference to Smith's *pro se* status and noting that his motion "was unnecessary; he could simply have filed his amended complaint on that date because, with Corizon having filed its motion to dismiss on

---

[1] *Pro se* Plaintiff John Smith refers to this defendant as "Corizon Health Corporation," but in its motion to dismiss, it identifies itself as "Corizon Health, Inc." (Doc. #12).

February 9, 2018, Smith had until March 5, 2018, to amend the complaint 'once as a matter of course.'" (Doc. #16 at 2) (quoting Fed. R. Civ. P. 15(a)(1)). The Court gave Smith until March 12, 2018 to file his amended complaint. (*Id.* at 3). The Court indicated that upon Smith timely filing an amended complaint, "Corizon's pending motion to dismiss will become moot" and "Corizon would, of course, remain free to file a new dispositive motion based on the amended complaint." (*Id.*). On March 9, 2018, Smith filed an amended complaint. (Doc. #22).

Accordingly, it is **RECOMMENDED** that Corizon's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (**Doc. #12**) be **DENIED AS MOOT WITHOUT PREJUDICE**.

Dated: March 13, 2018                          s/David R. Grand

Ann Arbor, Michigan                            DAVID R. GRAND
                                               United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

Within 14 days after being served with a copy of this Report and Recommendation and Order, any party may serve and file specific written objections to the proposed findings and recommendations and the order set forth above. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d)(1). Failure to timely file objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140, (1985); *United States v. Sullivan,* 431 F.3d 976, 984 (6th Cir. 2005). Only specific objections to this Report and Recommendation will be preserved for the Court's appellate review; raising some objections but not others will not preserve all objections a party may have. *See Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987); *see also Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006). Copies of any objections must be served upon the Magistrate Judge. *See* E.D. Mich. LR 72.1(d)(2).

A party may respond to another party's objections within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1). Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 13, 2018.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager
