**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN SMITH,

    Plaintiff,

v.                                    Case No. 18-10010

CORIZON HEALTH CORPORATION, et al.,

    Defendants.
_____/

## ORDER TERMINATING DEFENDANT AIKEN

Plaintiff has filed two complaints in this action: an initial (Dkt. #1) and an amended complaint (Dkt. #22). The initial complaint named as Defendants Corizon Health Corporation, Dr. Ramesh Kilaru, B. Paitkowski, J. Nixon, Laura Kinder, R. Harbaugh, Dr. Badawi Adellatif, and Subrina Aiken. (Dkt. #1.) The amended complaint added two new Defendants—Dr. Keith Papendick and Dr. Brenda L. Buchanan—but omitted five of the original Defendants: Paitkowski, Nixon, Kinder, Harbaugh, and Aiken. (Dkt. #22.) In accordance with Magistrate Judge David R. Grand's Report and Recommendation ("R&R"), the court ordered that Defendants Paitkowski, Nixon, Kinder, and Harbaugh be terminated from this action.

It also ordered that Plaintiff show cause by July 27, 2018 why Defendant Aiken should not also be terminated. (Dkt. #61.) The deadline to respond to the order to show cause has now passed, and Plaintiff has offered no response. The court interprets Plaintiff's silence on this point as agreement that Defendant Aiken is properly terminated for the reasons outlined in the court's order adopting the R&R. Accordingly,

2

    IT IS ORDERED that Defendant Aiken be TERMINATED from this matter.

                                             s/Robert H. Cleland                  /
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: August 9, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 9, 2018, by electronic and/or ordinary mail.

                                             s/Lisa Wagner                     /
                                             Case Manager and Deputy Clerk
                                             (810) 292-6522

Z:\Cleland\KNP\Civil\18-10010.SMITH.Terminate.Defendant.KNP.docx