UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SMITH,

                Plaintiff,              Civil Action No. 18-10010
                                              Honorable Robert H. Cleland
v.                                      Magistrate Judge David R. Grand

CORIZON HEALTH CORPORATION, *et al.*,

                Defendants.

_____/

## REPORT AND RECOMMENDATION TO DENY AS MOOT THE STATE DEFENDANTS' MOTIONS TO DISMISS [46]

**I.    RECOMMENDATION**

Before the Court is a Motion to Dismiss, filed by Defendants Elizabeth Piatkowski, Janet Nixon, Richard Harbaugh, and Subrina Aiken (collectively the "State Defendants") on April 20, 2018. (Doc. #46). This case has been referred to the undersigned for all pretrial matters pursuant to 28 U.S.C. § 636(b). (Doc. #13). For the following reasons, the Court **RECOMMENDS** that the State Defendants' motion be **DENIED AS MOOT**.

**II.    REPORT**

Proceeding *pro se*, Smith filed his original complaint in this matter on January 2, 2018 (Doc. #1), and an amended complaint on March 9, 2018 (Doc. #22). In both his complaint and amended complaint, Smith generally alleged that the defendants were deliberately indifferent to a serious medical need when they refused to approve him for shoulder surgery after he suffered an injury in prison in February 2015.

As set forth above, the State Defendants filed a motion to dismiss on April 20, 2018, arguing that Smith's amended complaint should be dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. #46). On April 30, 2018, Smith filed a response to this

motion, indicating a desire to "clarify that Defendants B. Piatkowski, J. Nixon, … and R. Harbaugh … are no longer a part of this action and therefore need[] not be addressed by this Honorable Court." (Doc. #52 at 2). As a result, this Court issued a Report and Recommendation (the "R&R") on May 29, 2018, in which it recommended that these individuals be terminated as defendants in this action. (Doc. #54). The Honorable Robert H. Cleland adopted the R&R on July 13, 2018, and terminated Defendants Piatkowski, Nixon, and Harbaugh from this matter. (Doc. #60). Subsequently, Judge Cleland issued an Order Terminating Defendant Aiken. (Doc. #64). Therefore, because the State Defendants are no longer parties to this action, their motion to dismiss is moot.

For the foregoing reasons, the Court **RECOMMENDS** that the State Defendants' Motion to Dismiss Amended Complaint (**Doc. #46**) be **DENIED AS MOOT**.

Dated: October 31, 2018  s/David R. Grand
Ann Arbor, Michigan  DAVID R. GRAND
 United States Magistrate Judge

### REVIEW

Either party to this action may object to and seek review of this Report and Recommendation, but must act within fourteen days of service of a copy hereof as provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of HHS*, 932 F.2d 505 (6th Cir. 1991)*; United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Filing objections which raise some issues but fail to raise others with specificity will not preserve all objections that party might have to this Report and Recommendation. *See Willis v. Sec'y of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). A copy of any objection must be served upon

this Magistrate Judge.  *See* E.D. Mich. L.R. 72.1(d)(2).

*Note these additional requirements at the direction of Judge Cleland:*

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this Report and Recommendation to which it pertains.  Not later than fourteen days after service of objections, **the non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.  The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 31, 2018.

s/Eddrey O. Butts<br>
EDDREY O. BUTTS<br>
Case Manager